# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DANIEL PEDRAZA**                      **PLAINTIFF**
**ADC #155040**

**v.**          **CASE NO. 4:22-CV-01119-BSM**

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS,** *et al.*                  **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, including Pedraza's objections, Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 6] is adopted.

Pedraza may proceed with his failure to protect claims against Lt. Darren Dill in his individual capacity, his retaliation claims against Lt. Darren Dill in his individual capacity, and his inadequate medical care claim against Nurse Lerizza Nunag in her individual capacity.

Pedraza's claims against the ADC and Wellpath are dismissed without prejudice. Pedraza's official capacity claims against all defendants are dismissed without prejudice. Pedraza's individual capacity claims against Deputy Warden Young, Chief Deputy Reed, Warden Musselwhite, and Deputy Warden Pierce are dismissed, without prejudice. The clerk is directed to terminate defendants ADC, Wellpath, Chief Duputy Director Marshall Reed, Warden G. Musselwhite, Deputy Warden Lewis Young, and Deputy Warden Rob Pierce as parties to this action.

IT IS SO ORDERED this 29th day of September, 2023.

                                                            */s/ Brian S. Miller*
                                               UNITED STATES DISTRICT JUDGE