IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL PEDRAZA** **PLAINTIFF**
*ADC #155040*

v.      CASE NO. 4:22-CV-01119-BSM-BBM

**DARREN DILL**, *et al*.      **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Daniel Pedraza's objections [Doc. No. 55], United States Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 52] is adopted. Lerizza Nunag's motion for summary judgment [Doc. No. 11] and Darren Dill's motion for partial summary judgment [Doc. No. 36] are granted. Pedraza's inadequate medical care claim against Nunag and his failure to protect claim against Dill are dismissed without prejudice for failure to exhaust administrative remedies. The clerk is directed to terminate Nunag as a party.

IT IS SO ORDERED this 9th day of August, 2024.

                                             UNITED STATES DISTRICT JUDGE