IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL PEDRAZA**                                                                              **PLAINTIFF**
*ADC #155040*

v.                              CASE NO. 4:22-CV-01119-BSM

**DARREN DILL,** *Lieutenant/Sergeant*
*Arkansas Department of Corrections,*
*Cummins Unit*                                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 16th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE